

APPENDIX G

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIGARS INTERNATIONAL, INC.  :
: 
v.  : Civil Action No. _____
:
CORONA CIGAR COMPANY  : **09   1764**

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Cigars International, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Swedish Match AB

_April 24, 2009_  _____[signature]_____
Date                                              Signature

Counsel for:   Plaintiff

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
  (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
  (2) promptly file a supplemental statement upon any change in the information that the statement requires.

117393.00101/11894275v.1                                                      APR 2 4 2009