IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CIGARS INTERNATIONAL, INC. | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 09-cv-1764 |
| CORONA CIGAR COMPANY | : | |
| | : | |
| Defendant | : | |

**<u>ORDER</u>**

AND NOW, this 20th day of November, 2009, it is hereby ORDERED that Defendant's Motion to Dismiss for Lack of Jurisdiction or Stay or Transfer in the Alternate (Doc. No. 9) is DENIED with leave to renew upon the completion of jurisdictional discovery.

It is further ORDERED that the parties shall conduct limited discovery, related solely to this Court's jurisdiction over Defendant, within forty-five (45) days of this order.

It is further ORDERED that within forty-five (45) days, each party shall submit to the Court an affidavit listing potential witnesses in this case, as well as in the related matter now pending in the U.S. District Court for the Middle District of Florida, Corona Cigar Company v. Cigars International, Inc., et al. (Civil Action Number 6:09-cv-747-Orl-35KRS). The list shall include the subject of each witness' potential testimony, and his or her geographic location.

It is further ORDERED that within forty-five (45) days, the parties shall submit an affidavit describing the documentary and other evidence that they anticipate proffering in this case, and in the related matter now pending in the U.S. District Court for the Middle District of Florida.

To the extent possible, the parties shall indicate where this evidence is located, and how it can be accessed.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.