**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CIGARS INTERNATIONAL, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 5:09-cv-01764 |
| CORONA CIGAR COMPANY, | ) | |
|     Defendant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Keith Meier, | ) | |
|     Third-Party Defendant. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)ii)**

Plaintiff Cigars International, Inc., Defendant Corona Cigar, Inc., and third-party defendant Keith Meier, by their undersigned attorneys, stipulate to the dismissal of this Civil Action with prejudice. Each party shall bear its or his own costs, including attorneys' fees.

Dated: January 7, 2011

                              **Blank Rome LLP**

                              By:   /s/ Dennis P. McCooe
                                     Timothy D. Pecsenye
                                     Dennis P. McCooe
                                     One Logan Square
                                     Philadelphia, PA 19103-6998
                                     Counsel for Cigars International, Inc. and
                                     Keith R. Meier

                              **Allen, Dyer, Doppelt, Milbrath, & Gilchrist, P.A.**

                              By:   /s/ Ava K. Doppelt
                                     Ava K. Doppelt
                                     255 S. Orange Ave
                                     Suite 1401
                                     Orlando, FL  32801-3460
                                     Counsel for Corona Cigar Company